IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HARVEY HILL,                        )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )        CASE NO. CV414-200
                                    )
MARK A. NESTOR, P.C.,               )
                                    )
        Defendant.                  )
_____      )

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

_____ 4/15/15 20__
Deputy Clerk

O R D E R

Before the Court is Plaintiff's Motion to Transfer
Venue. (Doc. 7.) In his motion, Plaintiff admits that he
filed this case in this Southern District of Georgia by
mistake and that both parties reside and the conduct giving
rise to this action occurred in the Northern District of
Georgia. (Id. ¶ 5.) As a result, Plaintiff seeks a transfer
of this case to the Northern District pursuant to 28 U.S.C.
§ 1404(a), which provides that a district court may transfer
a civil action to another district for the convenience of
the parties and witnesses and in the interest of justice.
(Id. ¶¶ 6-7.) Defendant does not oppose Plaintiff's motion.[1]
Accordingly, Defendant's motion is **GRANTED** and the Clerk of
Court is **DIRECTED** to **TRANSFER** this case to the United States

_____

[1] In his pending Motion to Dismiss, Defendant actually argues
that venue in this district is improper and similarly seeks
a transfer. (Doc. 5 at 7-8.)

District Court for the Northern District of Georgia, Atlanta Division.[2] Upon transfer, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this __15th__ day of April 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[2] Because this action is transferred pursuant to 28 U.S.C. § 1404(a), the Court makes no ruling on Defendant's Motion to Dismiss. (Doc. 5.)